1  JOHN B. SULLIVAN (State Bar No. 96742)
   AUSTIN B. KENNEY (State Bar No. 242277)
2  SEVERSON & WERSON
   A Professional Corporation
3  One Embarcadero Center, Suite 2600
   San Francisco, CA  94111
4  Telephone:  (415) 398-3344
   Facsimile:  (415) 956-0439
5
   Attorneys for Defendant
6  SUNTRUST MORTGAGE, INC.,
   erroneously sued herein as SUN TRUST
7  MORTGAGE, INC.

8                          UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

10

11 CHANG BEE YANG, an individual; and LAU          Case No.:  1:12-cv-00990-AWI-SKO
   YANG, an individual,
12                                                 **STIPULATION AND ORDER TO**
              Plaintiffs,                          **EXTEND TIME TO RESPOND TO**
13                                                 **COMPLAINT**

          vs.
14
   SUN TRUST MORTGAGE, INC., a Virginia            Complaint filed:  June 20, 2012
15 corporation; and DOES 1 through 25,
   inclusive,
16
              Defendants.
17

18

19         TO THE U.S. MAGISTRATE JUDGE:

20         Plaintiffs CHANG BEE YANG and LAU YANG ("Plaintiffs") and defendant

21 SUNTRUST MORTGAGE, INC. ("SunTrust") hereby stipulate that the deadline for SunTrust to

22 respond to the Complaint filed by Plaintiffs herein be continued approximately thirty (30) days

23 from September 13, 2012 to October 15, 2012, or until such later date as the Court deems

24 appropriate.  This stipulation is based upon the following showing of good cause:

25                                  **RECITALS**

26         1.        Plaintiff filed this action on June 20, 2012 seeking to stop the prospective trustee's

27 sale of the subject property, located at 10966 E. Promontory Way in Clovis, California (the

28 "Property").

2.      Plaintiffs served the Summons and Complaint by mail to SunTrust on August 23, 2012.  SunTrust did not receive the Summons and Complaint until August 29, 2012.

3.      Under the Federal Rules of Civil Procedure, the last day for SunTrust to respond to the Complaint is September 13, 2012, based on the date of service by mail.

4.      Plaintiffs and SunTrust are also parties in a related case filed by Plaintiffs against SunTrust in this Court entitled *Chang Bee Yang, et al. v. Sun Trust Mortgage, Inc., et al.*, United States District Court, Eastern District of California, Case No. 1:10-cv-01541-AWI-SKO.

5.      During a Mandatory Settlement Conference before Hon. Sheila K. Oberto on September 7, 2012 in Case No. 1:10-cv-01541-AWI-SKO, Plaintiffs agreed to extend the time for SunTrust to respond to the Complaint in this case to allow the parties more time to explore settlement options, since some of the issues addressed in the Mandatory Settlement Conference in Case No. 1:10-cv-01541-AWI-SKO have been raised in this case.

6.      Plaintiffs and SunTrust are still working to resolve these matters informally and as a result hereby stipulate to continue the deadline for SunTrust to respond to the Complaint in the instant case from September 13, 2012 by about thirty (30) days, to October 15, 2012, so that they may continue their attempts to resolve these matters without incurring unnecessary litigation costs.

7.      The parties have also agreed that neither party will sell or otherwise encumber the subject property before it is forced to respond to the Complaint.

8.      This is the first request for a continuance made by the parties.  However, the continuance will not prejudice the parties to this action as the foreclosure process will be stayed and the *status quo* will therefore be maintained pending SunTrust's response to the Complaint in this case.

9.      The parties agree that a facsimile signature on this stipulation may be used in lieu of an original for all purposes.

## **STIPULATION**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, as follows:

1        1.      The deadline for SunTrust to respond to the Complaint on file herein shall be

2  continued from September 13, 2012 to October 15, 2012 or to such date thereafter as the Court

3  deems appropriate.

4        2.      Neither party will sell or otherwise encumber the subject property before SunTrust

5  is forced to respond to the Complaint.

6        3.      Each party shall bear its own fees and costs in connection with this Stipulation and

7  Order.

8        IT IS SO STIPULATED.

9  Dated:  September 10, 2012                        /s/ *Chang Bee Yang*
                                             BY:_____
10                                                Chang Bee Yang, Plaintiff, *Pro Se*

11

12 Dated:  September 10, 2012                        /s/ *Lau Yang*
                                             BY:_____
13                                                Lau Yang, Plaintiff, *Pro Se*

14

15 Dated:  September 10, 2012                  SEVERSON & WERSON
                                             A Professional Corporation
16

17                                                /s/ *Austin B. Kenney*
                                             BY:_____
18                                                John B. Sullivan, Esq.
                                                  Austin B. Kenney, Esq.
19

20                                           Attorneys for Defendants
                                             SUNTRUST MORTGAGE, INC.
21

22

23

24

25

26

27

28
                                          - 3 -

1

2

## **ORDER**

3

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY

4

ORDERED:

5

      1.     The deadline for SunTrust to respond to the Complaint on file herein shall be

6

continued from September 13, 2012, to October 15, 2012;

7

      2.     Neither party will sell or otherwise encumber the subject property before SunTrust

8

is forced to respond to the Complaint; and

9

      3.     Each party shall bear its own fees and costs in connection with this Stipulation and

10

Order.

11

IT IS SO ORDERED.

12

   Dated:    __September 12, 2012__            _____**/s/ Sheila K. Oberto**

13

                                         UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO
COMPLAINT; Case No.: 1:12-cv-00990-AWI-SKO