JOHN B. SULLIVAN (State Bar No. 96742)
AUSTIN B. KENNEY (State Bar No. 242277)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA  94111
Telephone:  (415) 398-3344
Facsimile:  (415) 956-0439

Attorneys for Defendant
SUNTRUST MORTGAGE, INC.,
erroneously sued herein as SUN TRUST
MORTGAGE, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHANG BEE YANG, an individual; and LAU YANG, an individual,<br><br>                    Plaintiffs,<br><br>     vs.<br><br>SUN TRUST MORTGAGE, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.:  1:12-cv-00990-AWI-SKO<br><br>**STIPULATION AND REQUEST TO CONTINUE DEADLINE TO FILE DISMISSAL DOCUMENTS AND ORDER THEREON**<br><br>(Docket No. 13) |

TO THE U.S. MAGISTRATE JUDGE:

Plaintiffs CHANG BEE YANG and LAU YANG ("Plaintiffs") and defendant SUNTRUST MORTGAGE, INC. ("SunTrust") hereby stipulate and request that the deadline for the parties to file their dismissal documents be continued from October 5, 2012 to October 12, 2012, or until such later date as the Court deems appropriate.  This stipulation is based upon the following showing of good cause:

**RECITALS**

1.     The parties have reached a settlement of this case and case number 1:10-cv-01541-AWI-SKO, the terms of which were stated on the record on September 17, 2012.

11950.0069/2410329.1

2. The Court issued a Minute Order on September 18, 2012 as follows: "So long as the agreed-upon conditions to the settlement are timely fulfilled, the parties shall file their dismissal documents in both actions by no later than 10/5/2012. Should the parties require additional time to complete the settlement conditions, they may request an extended deadline to file dismissal documents."

3. The agreed-upon conditions to the settlement have not yet been fulfilled, but the parties expect that the conditions will be fulfilled by October 12, 2012. Thus, the parties stipulate and request that the deadline for the parties to file their dismissal documents be continued from October 5, 2012 to October 12, 2012, or until such later date as the Court deems appropriate

IT IS SO STIPULATED.

Dated:  October 4, 2012                    /s/ *Chang Bee Yang*
                                                        BY:_____
                                                        Chang Bee Yang, Plaintiff, *Pro Se*


Dated:  October 4, 2012                    /s/ *Lau Yang*
                                                        BY:_____
                                                        Lau Yang, Plaintiff, *Pro Se*


Dated:  October 4, 2012                    SEVERSON & WERSON
                                                        A Professional Corporation

                                                                    /s/ *Austin B. Kenney*
                                                        BY:_____
                                                        Austin B. Kenney, Esq.

                                                        Attorneys for Defendants
                                                        SUNTRUST MORTGAGE, INC.

///

///

///

///

///

## ORDER

Pursuant to the above stipulation, the deadline for the parties to file their dismissal documents is continued from October 5, 2012, to October 12, 2012.

IT IS SO ORDERED.

Dated:   **October 4, 2012**                    **/s/ Sheila K. Oberto**
                                                UNITED STATES MAGISTRATE JUDGE