IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHANG BEE YANG; and<br>LAU YANG,<br><br>            Plaintiffs,<br><br>      v.<br><br>SUNTRUST MORTGAGE, INC.; and<br>DOES 1 through 25, inclusive,<br><br>            Defendants. | 1:12-cv-00990-AWI-SKO<br><br>ORDER DISMISSING ACTION<br>AND CLOSING CASE<br><br>(Doc. 15) |

The Court refers the parties to previous orders for a complete chronology of the proceedings. On September 17, 2012, the parties settled the case before the Magistrate Judge with terms as stated on the record and in case number 1:10-cv-01541-AWI-SKO. On September 18, 2012, defendant Suntrust Mortgage, Inc., filed a notice of settlement. On October 9, 2012, the parties filed a joint stipulation and request for dismissal of the action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii) pursuant to the settlement terms stated on the record, in case number 1:10-cv-01541-AWI-SKO and the Settlement and Release Agreement executed by the parties, a true and correct copy of which was attached to the stipulation. The parties agreed that, in accordance with the settlement terms, they shall bear their own costs and attorneys' fees, and further conditioned the effectiveness of the stipulation on the Court's entry of an order retaining jurisdiction. Accordingly, the Court hereby DISMISSES this action with prejudice and without awarding costs or attorneys'

fees to either party, and respectfully directs the Clerk of Court to close the case. The Court retains jurisdiction to enforce the terms of the settlement agreement.

IT IS SO ORDERED.

Dated:     October 10, 2012              _____
                                          CHIEF UNITED STATES DISTRICT JUDGE

2